```
                    UNITED STATES DISTRICT COURT
                              FOR THE
                    MIDDLE DISTRICT OF PENNSYLVANIA
```

**KAREEM H. ALVEREST,**           :
                                  :
      **Plaintiff**         :      CIVIL NO. 1:15-CV-00713
                                  :
  vs.                             :
                                  :
**WARDEN DONNA ZICKEFOOSE,**      :      (Judge Kane)
**et al.,**                       :
                                  :
      **Defendants**        :

<u>ORDER</u>

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. Alverest's complaint is **DISMISSED** for failure to prosecute and abide by a court order.

2. Defendant's motion to dismiss and/or for summary judgment (Doc. 16) is deemed unopposed and **GRANTED.**

2. The Clerk of Court shall **CLOSE** this case.

3. Any appeal from this order will be deemed frivolous, without probable cause and not taken in good faith.

                                                      <u>S/ Yvette Kane</u>
                                                       Yvette Kane
                                                       United States District Judge

Date: December 16, 2015